# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

| | | |
|---|---|---|
| IN RE: CHARLENE W. RESTER, | } | |
| | } | |
| Debtor | } | Case No.: 08-10773-MAM-13 |

## MOTION TO AMEND AMENDED CHAPTER 13 PLAN
### (Post Confirmation)

Comes now the Debtor, Charlene W. Rester, by and through her undersigned attorney of record, PRESTON L. HICKS, and hereby moves this Honorable Court to allow the Debtor to amend the Chapter 13 Plan as follows:

1. The debtor is now barely able to make the payments of $516.00, as listed on the Second Amended Chapter 13 Plan;

2. The Order Confirming Plan, dated December 15, 2008, increased the Chapter 13 Plan payment to $516.00, with unsecured creditors being paid at 0%; and

3. Debtor needs the plan payment be reduced to allow Debtor's payments to be $298.00.

Wherefore, Debtor prays this Honorable Court will allow the requested amendment and any further relief as this Honorable Court deems necessary.

*Dated this 31st day of August, 2009.*

/S/ PRESTON L. HICKS
**PRESTON L. HICKS**
**ASB-0149-148P**
**Attorney for Debtor**
**Post Office Box 1922**
**Foley, AL 36536**
**(251)-943-7266**

## CERTIFICATE OF SERVICE

I, the undersigned authority, hereby certify that I have on this 31st day of August, 2009, served a copy of the foregoing on Trustee, J. C. McAleer, III, Standing Trustee, Post Office Box 1884, Mobile, Alabama 36633, either electronically, or by depositing same in the United States mail, properly addressed and postage prepaid.

/S/ PRESTON L. HICKS
PRESTON L. HICKS

B6I (Official Form 6I) (12/07)

IN RE Rester, Charlene W.  Case No. 08-10773
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) **Social Security** | $ 1,239.00 | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) **Assistance From Family** | $ 1,382.00 | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 2,621.00 | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 2,621.00 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)　　　$ 2,621.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

B6J (Official Form 6J) (12/07)

IN RE Rester, Charlene W.        Case No. 08-10773
           Debtor(s)                (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)     $ 1,520.00
    a. Are real estate taxes included?   Yes ____   No ✓
    b. Is property insurance included?   Yes ____   No ✓
2. Utilities:
    a. Electricity and heating fuel     $ 170.00
    b. Water and sewer     $ 45.00
    c. Telephone     $ 100.00
    d. Other   Cell Phone     $ 120.00
               $
3. Home maintenance (repairs and upkeep)     $
4. Food     $ 250.00
5. Clothing     $
6. Laundry and dry cleaning     $ 18.00
7. Medical and dental expenses     $
8. Transportation (not including car payments)     $ 100.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.     $
10. Charitable contributions     $
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's     $
    b. Life     $
    c. Health     $
    d. Auto     $
    e. Other ____     $
            $
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) ____     $
            $
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto     $
    b. Other ____     $
            $
14. Alimony, maintenance, and support paid to others     $
15. Payments for support of additional dependents not living at your home     $
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)     $
17. Other ____     $
            $
            $

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ 2,323.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I     $ 2,621.00
    b. Average monthly expenses from Line 18 above     $ 2,323.00
    c. Monthly net income (a. minus b.)     $ 298.00