IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| IN RE: | * | |
|---|---|---|
| | * | CASE NO.: 08-10773-MAM-13 |
| | * | |
| CHARLENE W. RESTER, | * | |
| | * | Chapter 13 |
| DEBTOR. | * | |

OBJECTION TO CLAIM

COMES NOW the Debtor, Charlene W. Rester, in the above styled matter, by and through her attorney, and objects to the following claim:

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Standing Order, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file a written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street Mobile, Alabama 36602, and serve a copy on the movants' attorney, Earl P. Underwood, Jr., P.O. Box 969 Fairhope, AL 36533-0969.

If you file and service a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

| Claim No. | Claimant | Amount | Specific Basis for Objection |
|---|---|---|---|
| #6 | Gulf Telephone Company, Inc. | $1,246.01 | Claim was filed after bar date. |

Wherefore, Debtor requests that after notice and hearing, the claim not be allowed.

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
P.O. Box 969
Fairhope, AL 36533-0969
Telephone: 251-990-5558
epunderwood@gmail.com

CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the foregoing upon all parties of interest by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this the 16th day of October 2009 or by using the electronic filing system.

Gulf Telephone Company, Inc.
d/b/a Century Tel
c/o Rex D. Rainach, APLC
3622 Government St.
Baton Rouge, LA 70806-5720

                                             /s/ Earl P. Underwood, Jr.
                                             Earl P. Underwood, Jr.